# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN POWELL,<br><br>    Petitioner,<br><br>    v.<br><br>HEATHER SHIRLEY, Acting Warden,<br><br>    Respondent. | Case No. EDCV 21-2052 DOC (PVC)<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, the Report and Recommendation of the United States Magistrate Judge, and Petitioner's Objections and Supplemental Objections. After having made a *de novo* determination of the portions of the Report and Recommendation to which objections were directed, the Court concurs with and accepts the findings and conclusions of the Magistrate Judge.

IT IS ORDERED that the Petition is denied and Judgment shall be entered dismissing this action with prejudice.

IT IS FURTHER ORDERED that the Clerk serve copies of this Order and the Judgment herein on Petitioner and counsel for Respondent.

1    LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: August 3, 2022

_David O. Carter_
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE