JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN POWELL,<br><br>    Petitioner,<br><br>  v.<br><br>HEATHER SHIRLEY, Acting Warden,<br><br>    Respondent. | Case No. EDCV 21-2052 DOC (PVC)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

Dated: August 3, 2022

*/s/ David O. Carter*
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE